## City of Chicago, Defendant in Error, v. Fred Smith, Plaintiff in Error.

### Gen. No. 22,532.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HUGH J. KEARNS, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed January 8, 1917. Rehearing denied January 22, 1917.

### Statement of the Case.

Prosecution by the City of Chicago, plaintiff, against Fred Smith, defendant, for keeping a common gaming house in the City of Chicago. From a judgment of guilty and assessing a fine of fifty dollars, the defendant brings error.

HENRY M. SELIGMAN, for plaintiff in error.

SAMUEL A. ETTELSON and HARRY B. MILLER, for defendant in error; DANIEL WEBSTER, of counsel.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 26*—*how evidence in prosecution for keeping a common gaming house may be preserved.*

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

Under section 23 of the Municipal Court Act (J. & A. ¶ 3335), prescribing how evidence in cases of the fifth class may be preserved, the evidence in a prosecution for keeping a common gaming house may be preserved by a correct statement of the facts.

2. MUNICIPAL COURT OF CHICAGO, § 29*—*when presumed that evidence was sufficient to justify finding of court as to keeping of common gaming house.* Where an ordinance upon which a prosecution for keeping a common gaming house was not preserved in the record, it must be presumed on appeal that the evidence was sufficient to justify a finding of the trial court that defendant was guilty of keeping a common gaming house.